IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FEDERAL HOME LOAN MORTGAGE,

    Plaintiff,                              CIV S-12-0500 JAM GGH PS

    vs.

RUSSELL DODD,

    Defendant.                            ORDER

_____/

        On February 29, 2012, the magistrate judge filed findings and recommendations herein which were served on the parties and which contained notice that any objections to the findings and recommendations were to be filed within fourteen days.  No objections were filed.

        Accordingly, the court presumes any findings of fact are correct.  See Orand v. United States, 602 F.2d 207, 208 (9th Cir. 1979).  The magistrate judge's conclusions of law are reviewed de novo.  See Britt v. Simi Valley Unified School Dist., 708 F.2d 452, 454 (9th Cir. 1983).

        The court has reviewed the applicable legal standards and, good cause appearing, concludes that it is appropriate to adopt the Findings and Recommendations in full.

        Accordingly, IT IS ORDERED that the Findings and Recommendations filed February 29, 2012, are ADOPTED and

1.    Defendant's request to proceed in forma pauperis (dkt. no. 2) is denied;

2.    This action is remanded to the Sacramento County Superior Court;

3.    The Clerk is directed to serve a certified copy of this order on the Clerk of the Sacramento County Superior Court, and reference the state case number (11UD05445) in the proof of service; and

4.    The Clerk is directed to close this case.

DATED: May 4, 2012

/s/ John A. Mendez

UNITED STATES DISTRICT COURT JUDGE